**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-6654**

MIZELL E. EWING, III,

        Petitioner - Appellant,

    v.

ANN MARY CARTER, Warden,

        Respondent – Appellee,

    and

UNIT TEAM; MS. VELTRI, Case Manager Coordinator; C. EICHENLAUB, Regional Director of Mid-Atlantic; GENERAL COUNSEL; MR. DODRILL, Case Manager; MR. MILLER, Unit Manager; C. EICHEN, Regional Director,

        Respondents.

Appeal from the United States District Court for the Northern District of West Virginia, at Elkins. John Preston Bailey, Chief District Judge. (2:13-cv-00056-JPB-JSK)

Submitted: September 25, 2014    Decided: September 29, 2014

Before WILKINSON and AGEE, Circuit Judges, DAVIS, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Mizell E. Ewing, III, Appellant Pro Se. Helen Campbell Altmeyer, Assistant United States Attorney, Wheeling, West

Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mizell E. Ewing, III, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Ewing v. Carter, No. 2:13-cv-00056-JPB-JSK (N.D.W. Va. Apr. 17, 2014). We grant Ewing leave to proceed in forma pauperis, and we dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED